**FILED IN CHAMBERS**
**U.S.D.C. Atlanta**
NOV - 3 2011
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

DIVISION Gainesville
(USAO 2011R172)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**
**IN UNITED STATES DISTRICT COURT**

COUNTY NAME: White & Stephens
DISTRICT COURT NO. 2:11-CR-44
MAGISTRATE CASE NO. 2:11-MJ-102

_X_ Indictment     __ Information     _X_ Magistrate's Complaint
DATE: 11/3/11     DATE:     DATE: 11/1/11

| UNITED STATES OF AMERICA vs. **FREDERICK W. THOMAS** | SUPERSEDING |
| --- | --- |
| | Prior Case No. & Date Filed |

VIOLATION:

COUNTS CHARGED:     TOTAL COUNTS:
(as to deft)     (as to deft)
GREATER OFFENSE CHARGED:
_X_ Felony     __ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. __ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: 11/1/11
Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: _____     Issued by: _____

<u>IS IN CUSTODY:</u>

4. _X_ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   __ Federal __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes     __ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: _____ |
| --- | --- |
| | JUDGE: _____ |
| | A.U.S.A.: Jeffrey A. Brown |
| | DEFT'S ATTY: Jeffrey Ertel |

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

BY: Jeffrey A. Brown
    Assistant United States Attorney

DATE: 11/3/11