**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | NO.: 2:11-CR-044-RWS-SSC |
| FREDERICK W. THOMAS, et al. | : | |

**ORDER TO ALLOW WEAPONS IN COURTROOM**

Good cause having been show, pursuant to Local Rule 83.5 for the Northern District of Georgia, it is hereby ordered that the following individual be allowed to bring the following ammunition and weapons:

(a) one AR15 rifle with scope

into the U.S. Courthouse on November 15, 2011, and any day thereafter, to be delivered to Courtroom 103 on November 15, 2011 for detention hearing proceedings and on each day thereafter until the conclusion of said hearing.

**SO ORDERED** this __15th__ day of __November__, 2011

_Susan S. Cole_

SUSAN S. COLE
United States Magistrate Judge