# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

### 2:11-cr-00044-RWS-SSC
### USA v. Thomas et al
### Honorable Susan S. Cole

Minute Sheet for proceedings held In Open Court on 11/15/11.

TIME COURT COMMENCED: 10:05 A.M.
TIME COURT CONCLUDED: 5:30 P.M.
TIME IN COURT: 7:25
OFFICE LOCATION: Gainesville

COURT REPORTER: Lois Phillips
USPO: Sallie Clark & Patrick Lifsey
DEPUTY CLERK: Christina Klimenko

DEFENDANT(S):
[1]Frederick W. Thomas Present at proceedings
[2]Emory Dan Roberts Present at proceedings
[3]Samuel J. Crump Present at proceedings
[4]Ray H. Adams Present at proceedings

ATTORNEY(S) PRESENT:
Jeffrey Ertel representing Frederick W. Thomas
Barry Lombardo representing Ray H. Adams
Robert McBurney representing USA
Daniel Summer representing Samuel J. Crump
Michael Trost representing Emory Dan Roberts

PROCEEDING CATEGORY: Detention Hearing;

MINUTE TEXT: Detention hearing continued; Agent Korneski sworn & testified; Govt. exhibit 2-3 ADMITTED & returned to the custody of the Government; Larry Borders sworn & testified; Jimmy Roberts sworn & testified; Margaret Roberts sworn & testified; Agent Korneski recalled; Govt. exhibit 1 ADMITTED; Sharon Crump sworn & testified; Karen Bond sworn & testified; Harris Presley sworn & testified - Adams exhibit 1 ADMITTED; Hearing continued to 11/16/2011 at 10:00 AM in Courtroom 303