IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Action No. |
| | ) | |
| FREDERICK THOMAS | ) | 2:11-CR-44 (SSC) (RWS) |
| _____ | ) | |

MOTION FOR EXPEDITED *DE NOVO* HEARING
ON ISSUE OF DETENTION

Comes now FREDERICK THOMAS, Defendant in the above-styled action, by and through undersigned counsel, and requests that this Court conduct an expedited *de novo* hearing on the issue of detention and thereafter reverse the Magistrate's detention order. Defendant asks that the Court set a bond in this case.

Mr. Thomas is one of four defendants named in a multi-count indictment. Mr. Thomas is charged with conspiracy to possess an unregistered silencer and an unregistered destructive device in violation of 18 U.S.C. §371 (Count I), and possession of an unregistered silencer in violation of 26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d) (Count II). The maximum punishment for Count I is five (5) years, the maximum punishment for Count II is ten (10) years and there are no mandatory

minimums associated with each count.[1]  Since the magistrate's entry of the current order of detention, the Court has granted a Joint Motion to Declare the Case Complex and a Joint Motion for an Extension of Time to File Pretrial Motions and to Continue Pretrial Conference.  (Doc. 38 & 39).

Mr. Thomas has been incarcerated since his arrest on November 1, 2011.  After his arraignment on the instant charges, Mr. Thomas has been continually held in the Hall County Jail.  As described in detail in Mr. Thomas' request for this Court's review of the Magistrate Court's order of detention, Mr. Thomas is a 73 year old man who suffers from a host of physical maladies, many, if not all of which require medication and constant medical attention.  Upon information and belief, Mr. Thomas' health has continued to deteriorate since his incarceration in November and he requests an evidentiary hearing wherein he can present evidence to support this assertion.  Further, undersigned counsel has observed a deterioration in Mr. Thomas' mental status that, if continued unabated, counsel believes could lead to competency issues.

---

[1] Mr. Dan Roberts is also named in Counts I and II and faces similar minimum and maximum punishments.  Mr. Samuel Crump and Mr. Ray Adams have been charged in a separate conspiracy and substantive count each of which carries a maximum punishment of life in prison and an anticipated advisory guideline range of three hundred sixty (360) months to life.

Undersigned counsel understands this Court is planning on reviewing the Magistrate Court's detention order, but counsel is unaware of whether the Court intends to hear evidence. Counsel wishes to present evidence and testimony which was not available at the time of the Magistrate Court's detention decision.

WHEREFORE, Mr. Thomas requests that this Court conduct and expedited *de novo* review and allow him to present testimony at said hearing.

Dated: This 7th day of February, 2012.

                        Respectfully submitted,

                        *s/Jeffrey L. Ertel*
                        JEFFREY L. ERTEL
                        State Bar No. 249966

                        ATTORNEY FOR MR. THOMAS

Federal Defender Program, Inc.
101 Marietta Street
Suite 1500
Atlanta, Georgia  30303
404/688-7530
jeff_ertel@fd.org

CERTIFICATE OF SERVICE

This is to certify that the forgoing has been formatted in Times New Roman, 14 Point in compliance with Local Rule 5.1, and has been electronically filed and delivered upon counsel for the Government at the following address:

> Robert Mc Burney, Esq.
> Jeffrey Brown, Esq.
> Assistant United States Attorney
> 600 Richard B. Russell Building
> 75 Spring Street, S. W.
> Atlanta, Georgia  30303

Dated:  This 7th day of February, 2012.

<i>s/Jeffrey L. Ertel</i>